Case 1:22-mj-00149-ZMF   Document 1-1   Filed

Case: 1:22−mj−00149
Assigned To : Faruqui, Zia M.
Assign. Date : 6/28/2022
Description: Complaint W/ Arrest Warrant

## STATEMENT OF FACTS

On June 26, 2022, at approximately 11:50 p.m., Metropolitan Police Department Officers John Jeskie, Anthony Smith, Matthew Kelly, and Sergeant Andrew Weiss were patrolling in full uniform in an unmarked vehicle in the 1500 block of 19th Street, SE in Washington, D.C. when they observed a large group of approximately 15-20 males blocking traffic consuming marijuana.

Officers noticed that one male in the group (later identified as Darrius Barry hereinafter referred to as Defendant Barry) quickly distanced himself from the group and adjusted his right front waistband area while looking over his shoulder at officers still in the vehicle. Based on Defendant Barry's actions and the high volume of illegal firearms in the immediate area[1], officers exited the vehicle to make contact with Defendant Barry.

As officers approached, Defendant Barry immediately took off running and during pursuit, officers observed him attempting to discard an object with his right arm when he tripped and fell. As officers caught up to Defendant Barry, they observed a handgun protruding from his pants near his right knee area. As Defendant Barry was wearing ripped, black jeans, the officers were able to see the firearm clearly through his pant-leg.

The firearm was later identified as a Privately Manufactured Firearm Polymer 80 9mm handgun with no unique serial number. At the time it was recovered, the firearm was loaded with one (1) round in the chamber and eight (8) rounds in a magazine with a capacity to hold seventeen (17) rounds. During the search incident to arrest, officers recovered 7.5 ounces of a green marijuana like substance that field tested positive for THC and a digital scale from Defendant Barry's satchel bag and 4.7 grams of a white rock like substance that field tested positive for cocaine from his jeans coin pocket.

Based on the quantity of drugs, particularly the cocaine, the firearm, and this area being a well-known block for narcotics sales, the drugs seized from the defendant were more consistent with distribution than with personal use.

A criminal history check of Defendant Barry revealed that he has prior criminal felony convictions in the Superior Court for the District of Columbia, including Case No. 2020 CF2 00771 for Unlawful Possession of a Firearm and 2012 CF3 015314 for Assault with Intent to Kill, Possession of a Firearm During a Crime of Violence, and two (2) counts of Assault with Significant Bodily Injury wherein he was sentenced to more than 12 months of incarceration. Therefore, the defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

There are no ammunition manufacturers in the District of Columbia, thus the ammunition in this case traveled in interstate commerce.

_____

OFFICER MATTHEW KELLY, BADGE 5724

---

[1] The Seventh District Crime Suppression Unit recovered four illegal firearms in the 1500 block of 19th Street, SE in the last two weeks alone, facts which were known to officers at this time.

METROPOLITAN POLICE DEPARTMENT
PHONE: (540) 539-9468

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 28th day of June 2022.*

_____

ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE